

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

June 16, 2015

Luis S. Lagaite Jr.
TDCJ-ID# 762508
Byrd Unit
21 FM 247
Huntsville, TX 77320

Harold J. Liller
OFFICE OF ATTORNEY GENERAL
P.O. Box 12548
Capital Station
Austin, TX 78711
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00111-CV
Trial Court Case Number: 97,061-C

**Style:** Luis S. Lagaite v. Gregory C. Boland, et al.

Dear Mr. Lagaite and Counsel:

By Order of the Court, Appellant's Motion for Rehearing is this day overruled.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:    Honorable Douglas Woodburn (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)